# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CESAR ROBERTO MEDRANO GARZA**  **PLAINTIFF**
**#59605-279**

v.　　　　　　Case No. 4:18-cv-00263-KGB

USA　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Cesar Roberto Medrano Garza's complaint is dismissed without prejudice.

It is so ordered this 6th day of February, 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　United States District Judge